IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00250-BNB

LISA D. RICHARDS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
STATE OF COLORADO,
LA VISTA CORRECTIONAL FACILITY,
JUDY SAIZ, and
DON HARRIS,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 19 2009

GREGORY C. LANGHAM
    CLERK

## ORDER OF DISMISSAL

Plaintiff Lisa D. Richards is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Denver Women's Correctional Facility in Denver, Colorado. Ms. Richards initiated this action by filing a *pro se* pleading titled, "Motion to Compel." In an order entered on February 6, 2009, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action and instructed Ms. Richards to cure certain deficiencies if she wished to pursue her claims. Specifically, Magistrate Judge Boland ordered Ms. Richards to file her claims on a Court-approved form used in filing prisoner complaints and either to pay the filing fee or to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Ms. Richards was warned that the action would be dismissed without further notice if she failed to cure the deficiencies within thirty days.

On February 19, 2009, Ms. Richards filed a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint. The § 1915 Motion and Affidavit form, however, is deficient, because Ms. Richards did not submit a certified copy of her inmate trust fund account statement in support of the Motion, as required pursuant to § 1915(a)(2), and as specified on Page Two of the § 1915 Motion and Affidavit form. Therefore, the action will be dismissed without prejudice for failure to cure all noted deficiencies. Accordingly, it is

ORDERED that the Complaint and the action are dismissed without prejudice for failure to cure all deficiencies. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this 18 day of March, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00250-BNB

Lisa D. Richards
Prisoner No. 133879
DWCF
PO Box 392005
Denver, CO 80239

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 3/19/09

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk